1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON

7   RAMON MARISCAL ALVAREZ,

8                      Plaintiff,                  NO. 2:21-CV-0019-TOR

9        v.                                        ORDER OF DISMISSAL WITHOUT
                                                   PREJUDICE
10  ZAGARY Z. HELMS, and
    THOMAS JEFFERSON,
11
12                     Defendants.

13

14       BEFORE THE COURT is the Court's Order to Comply with Filing Fee or

15  *In Forma Pauperis* Requirements.  ECF No. 3.  The Court has reviewed the record

16  and files herein and is fully informed.  For the reasons discussed below, this action

17  is dismissed without prejudice.

18       On January 6, 2021, Plaintiff filed a *pro se* civil rights complaint pursuant to

19  42 U.S.C. § 1983, along with a blank application to proceed *in forma pauperis*.

20  ECF No. 1.  The Complaint contains no allegations whatsoever.  By letter dated

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

January 8, 2021, the Clerk of Court advised Plaintiff that he must complete and return a Declaration and Application to Proceed *in forma pauperis* and a statement of his inmate account OR pay the applicable fee of $402.00 ($350.00 filing fee, plus $52.00 administrative fee) in order for his case to proceed. ECF No. 2. The Clerk of Court supplied him with the forms. *Id*. In addition, the Clerk of Court notified Plaintiff that he must sign his complaint as required by Rule 11, Federal Rules of Civil Procedure. *Id*. Plaintiff has not complied with these directives and has filed nothing further in this action.

On March 5, 2021, this Court allowed Plaintiff 30-days to amend his complaint by providing factual allegations and a signature. ECF No. 3. Additionally, the Court ordered Plaintiff to either pay the filing fee or submit a completed and signed Declaration and Application to proceed *in forma pauperis*, within 30-days. *Id*. Plaintiff was warned that the failure to timely provide a signed amended complaint and pay the filing fee or submit the documents necessary to proceed *in forma pauperis*, would result in the dismissal of this case. *Id*.

Plaintiff has not complied with the Court's Order.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2

these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of *pro se* litigant for failure to pay required filing fees).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failing to submit a signed Complaint with factual allegations and for failing to pay the filing fee or filing a properly completed Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** April 6, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 3